IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALICE D. HILL, *on behalf of herself and all similarly situated individuals*, <br><br> Plaintiff, <br><br> vs. <br><br> CHADWICK, WASHINGTON, MORIARTY, ELMORE & BUNN, P.C., <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 1:12-cv-671-JCC-JFA ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please take notice that Joseph R. Pope of the law firm Williams Mullen hereby notes his appearance as counsel for Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.


CHADWICK, WASHINGTON, MORIARTY,
ELMORE & BUNN, P.C.


By: _____"/s/"_____
Joseph R. Pope

Joseph R. Pope, Esquire (VSB No. 71371)
jpope@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile:  (804) 420-6507
*Counsel for Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 27th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

         By: _____"/s/"_____
         Joseph R. Pope, Esquire (VSB No. 71371)
         jpope@williamsmullen.com
         WILLIAMS, MULLEN, CLARK & DOBBINS, P.C.
         Williams Mullen Center
         200 South 10th Street, PO Box 1320
         Richmond, VA  23218-1320
         Telephone:  804.420.6000
         Facsimile:  804.420.6507
         *Counsel for Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.*

18873041_1