IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALICE D. HILL, *on behalf of herself and all similarly situated individuals*,<br><br>                   Plaintiff,<br><br>vs.<br><br>CHADWICK, WASHINGTON, MORIARTY, ELMORE & BUNN, P.C.,<br><br>                   Defendant. | Civil Action No. 1:12-cv-671-JCC-JFA |

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Chadwick, Washington, Moriarty, Elmore & Bunn, P.C. ("Chadwick Washington" or "Defendant"), by counsel, submits its Motion to Dismiss Plaintiffs' Class Action Complaint for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6). The reasons in support of this motion are more fully set forth in Defendant's Memorandum in Support, filed contemporaneously herewith and incorporated by reference.

WHEREFORE, Chadwick Washington respectfully requests that this Court dismiss Plaintiff's Class Action Complaint for Failure to State a Claim with Prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

       Respectfully submitted,

       CHADWICK, WASHINGTON, MORIARTY,
       ELMORE & BUNN, P.C.


       By: _____/s/_____
                Joseph R. Pope

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB # 71329)
botoole@williamsmullen.com
Joseph R. Pope, Esq. (VSB # 71371)
jpope@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile:  (804) 420-6507
*Counsel for Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 27th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Plaintiff**

| | | |
|---|---|---|
| **Alice D. Hill** *on behalf of herself and all similarly situated individuals* | represented by | **Leonard Anthony Bennett** Consumer Litigation Associates 763 J Clyde Morris Boulevard Suite 1A Newport News, VA 23601 757-930-3660 Fax: 757-930-3662 Email: lenbennett@cox.net *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Andrew Joseph Guzzo** Surovell Isaacs Peterson & Levy PLC 4010 University Drive Second Floor Fairfax, VA 22030 |

703-251-5400
Fax: 703-541-9205
Email: aguzzo@siplfirm.com
*ATTORNEY TO BE NOTICED*

**Kristi Cahoon Kelly**
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com
*ATTORNEY TO BE NOTICED*

**Susan Mary Rotkis**
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: (757) 930-3662
Email: srotkis@clalegal.com
*ATTORNEY TO BE NOTICED*

_____"/s/"_____
          Joseph R. Pope

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB # 71329)
botoole@williamsmullen.com
Joseph R. Pope, Esq. (VSB # 71371)
jpope@williamsmullen.com
WILLIAMS, MULLEN, CLARK & DOBBINS, P.C.
Williams Mullen Center
200 South 10th Street, PO Box 1320
Richmond, VA  23218-1320
Telephone:  804.420.6000
Facsimile:  804.420.6507
*Counsel for Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.*

18873041_1