DEFENDANT'S EXHIBIT 3

**HEARING DATE AND TIME**
Aug 19, 2009
@ 9:30 a.m.

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)
Commonwealth of Virginia   VA. CODE § 16.1-79

**FAIRFAX COUNTY** .................... General District Court
CITY OR COUNTY

Courtroom 2A
4110 CHAIN BRIDGE RD., FAIRFAX, VA. 22030  703-246-3012
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on
August 19, 2009 at 9:30 a.m. ......... to answer the Plaintiff(s)' civil claim (see below).
RETURN DATE AND TIME

DATE ISSUED ................   [ ] CLERK   [X] DEPUTY CLERK   [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ 1,631.30 ......... net of any credits, with interest at ..... 12 ..... % from date of ....... 01/01/07 ...... until paid,
$ 65.00 ......... costs and $ ......... Reasonable ......... attorney's fees with the basis of this claim being

[ ] Open Account [X] Contract [ ] Note [X] Other (EXPLAIN) ......... Defendants' failure to pay
assessments on the Unit/Lot at 2280 Cocquina Drive Reston Virginia 20191

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] cannot be demanded
_____
DATE    [ ] PLAINTIFF [X] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**

JUDGMENT against [ ] named Defendant(s) [ ]
for $ ......... net of any credits, with interest at ......... % from date
of ........., until paid, $ ......... costs and $ ......... attorney's fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ]
[ ] NON-SUIT   [ ] DISMISSED
Defendant(s) Present? [ ] YES
                      [ ] NO

_____
DATE                                    JUDGE

FORM DC-412 (FRONT) REVISED 07/04   (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 01/08)

---

CASE NO. _____

**RESTON ASSOCIATION** ..........................
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

c/o Chadwick, Washington, Moriarty,
Elmore & Bunn P.C.
9990 Fairfax Boulevard, #200,
Fairfax, VA 22030

v.

**HILL, Wayne E. And HILL, Alice D.** .................
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

2280 Cocquina Drive

Reston, Virginia 20191

(Fairfax County)

**WARRANT IN DEBT**
* * *

TO DEFENDANT: You are not required to appear; however,
if you fail to appear, judgment may be entered against you. See
the additional notice on the reverse about requesting a change
of trial location.
[ ] To dispute this claim, you must appear on the return date to
try this case.
[X] To dispute this claim, you must appear on the return date
for the judge to set another date for trial.

Bill of Particulars ......... ORDERED ......... DUE .........

Grounds of Defense ......... ORDERED ......... DUE .........

ATTORNEY FOR PLAINTIFF(S)
Chadwick, Washington, Moriarty, Elmore & Bunn PC
(703) 352-1900

ATTORNEY FOR DEFENDANT(S)

JUDGMENT PAID OR
SATISFIED
PURSUANT TO
ATTACHED NOTICE
OF
SATISFACTION.

_____
DATE

_____
CLERK

**DISABILITY
ACCOMMODATIONS**
for loss of hearing,
vision, mobility, etc.,
contact the court ahead
of time.

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found.

---

NAME .................................................
ADDRESS ..........................................
[ ] PERSONAL SERVICE   Tel. No. ..............

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth
[ ] NOT FOUND

_____   SERVING OFFICER
for _____
DATE

---

NAME .................................................
ADDRESS ..........................................
[ ] PERSONAL SERVICE   Tel. No. ..............

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth
[ ] NOT FOUND

_____   SERVING OFFICER
for _____
DATE

---

NAME .................................................
ADDRESS ..........................................
[ ] PERSONAL SERVICE   Tel. No. ..............

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth
[ ] NOT FOUND

_____   SERVING OFFICER
for _____
DATE

---

I certify that I mailed a copy of this document to the defendants named thereif at the address shown therein or

[signature]
10/12/09
DATE

[ ] Plaintiff
[ ] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ......................
Interrogatories issued on: ......................
Garnishment issued on ......................

---

**OBJ_CTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

FORM DC-412, DC-414, DC-428 (REVERSE) REVISED 07/04

COMMONWEALTH OF VIRGINIA:

IN THE GENERAL DISTRICT COURT FOR FAIRFAX COUNTY

| | |
|---|---|
| RESTON ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Docket No _____ |
| v. ) | |
| ) | |
| ALICE D. HILL ) | |
| ) | |
| WAYNE E. HILL ) | |
| ) | |
| Defendants. | |

## CLAIM AFFIDAVIT

### and

## AFFIDAVIT IN COMPLIANCE WITH SERVICEMEMBERS CIVIL RELIEF ACT

I, Milton W. Matthews, Chief Executive Officer, hereby affirm, after first being duly sworn, as follows on behalf of the Plaintiff:

1. I am an officer and/or director of the Plaintiff;

2. I am cognizant of the accounts and matters of the Plaintiff, and that to the best of my knowledge and belief the defendants are the record owners of 2280 Cocquina Drive, Reston, VA 20191 (the "Lot"), and are indebted to the Plaintiff in the amount of $1,631.30, plus prejudgment and post-judgment interest at 12.0% per annum, reasonable attorneys' fees and costs due by virtue of nonpayment of Plaintiff's assessments against the Lot pursuant to the Plaintiff's governing documents, as recorded among the land records of Fairfax, Virginia, in Deed Book 2431, Page 0319, et seq., and as may be amended thereafter;

3. This amount is justly due and there are no set-offs or counterclaims; and

4. In accordance with Section 201 of the Federal Servicemembers Civil Relief Act and Section 8.01-15.2 of the Virginia Code, to the best of the Plaintiff's knowledge and belief, after reasonable inquiry, based on the Plaintiff's records, my own account, and/or the DOD Data Center, the defendants are not members on active duty in the military service of the U.S. Army, Navy, Marine Corps, Coast Guard or Air Force.

*[signature]*
Milton W. Matthews,
Chief Executive Officer
Reston Association

Commonwealth of Virginia,    )

City/County: Fairfax         )          , to-wit:

Subscribed and sworn to before me on this __22nd__ day of __May__, __2009__, by Milton W. Matthews, Chief Executive Officer of Reston Association, in testimony whereof I have hereunto set my hand on the day, month, and year aforesaid.

*[signature]*
Notary Public

My Notary Registration __119777__

And My Commission Expires __03/31/2011__

*[Notary seal: LILIA E. BARRANCO MELGAR, NOTARY PUBLIC, COMMONWEALTH OF VIRGINIA, 119777]*

Pr-5220 Ac-119665 Ma-900 - 0450
*[barcode]* M61555

**STATEMENT OF ACCOUNT**

Reston Association (account number 5884)
Owner(s):   Alice D. Hill, 2280 Cocquina Drive, Reston, VA 20191
            Wayne E. Hill, 2280 Cocquina Drive, Reston, VA 20191
Property Address:   2280 Cocquina Drive, Reston, VA 20191

| Date | Description | Assessments | Violation Charge | Client Misc. | Special | Late Fee | Total |
|---|---|---|---|---|---|---|---|
| 01/01/2005 | Charge from Client | 425.00 | | | | | 425.00 |
| 01/01/2005 | Charge from Client | | | | | | .00 |
| 02/25/2005 | Payment | -80.00 | | | | | -80.00 |
| 03/08/2005 | Fees and Expenses - SAR | | | | | | .00 |
| 01/01/2006 | Charge from Client | | | | | | .00 |
| 01/01/2006 | Charge from Client | 437.00 | | | | | 437.00 |
| 03/08/2006 | Fees and Expenses - SAR | | | | | | .00 |
| 03/08/2006 | Payment | -82.00 | | | | | -82.00 |
| 03/08/2006 | Payment | -82.00 | | | | | -82.00 |
| 03/20/2006 | Fees and Expenses - NSF | | | | | | .00 |
| 03/20/2006 | Fees and Expenses - NSF CHARGE | | | | | | .00 |
| 05/25/2006 | Payment | -40.00 | | | | | -40.00 |
| 06/21/2006 | Fees and Expenses - NSF CHARGE | | | | | | .00 |
| 06/21/2006 | Fees and Expenses - NSF | | | | | | .00 |
| 01/01/2007 | Charge from Client | 437.00 | | | | | 437.00 |
| 01/31/2007 | Payment | | | | | | .00 |
| 01/31/2007 | Charge from Client | | | | | | .00 |
| 01/31/2007 | Fees and Expenses | | | | | | .00 |
| 01/31/2007 | Fees and Expenses | | | | | | .00 |
| 01/31/2007 | Fees and Expenses - SAR | | | | | | .00 |
| 03/15/2007 | Charge from Client | | | | | 43.70 | 43.70 |
| 05/15/2007 | Fees and Expenses | | | | | | .00 |
| 07/15/2007 | Fees and Expenses | | | | | | .00 |
| 01/01/2008 | Charge from Client | 475.00 | | | | | 475.00 |
| 02/27/2008 | Payment | | | | | -55.00 | -55.00 |
| 03/15/2008 | Charge from Client | | | | | 47.50 | 47.50 |
| 04/10/2008 | Payment | -90.00 | | | | | -90.00 |
| 05/15/2008 | Fees and Expenses | | | | | | .00 |
| 01/01/2009 | Charge from Client | 491.00 | | | | | 491.00 |
| 03/17/2009 | Charge from Client | | | | | 49.10 | 49.10 |
| 04/22/2009 | Fees and Expenses | | | | | | .00 |
| Total | | $1891.00 | $0.00 | $0.00 | $0.00 | $85.30 | $1976.30 |

## Pre-Judgment Interest Calculation at 12.00% per Annum

Date Printed: 6/9/2009

Reston Association (account number 5884)

**2280 Cocquina Drive**

| Date | Description | Assessment | Violation Charge | Client Misc. | Special | Late Fee | Interest |
|---|---|---|---|---|---|---|---|
| 01/31/2005 | Balance for January 2005 | $425.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.25 |
| 02/25/2005 | Payment | -$80.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/28/2005 | Balance for February 2005 | $345.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.42 |
| 03/31/2005 | Balance for March 2005 | $345.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.87 |
| 04/30/2005 | Balance for April 2005 | $345.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.32 |
| 05/31/2005 | Balance for May 2005 | $345.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18.77 |
| 06/30/2005 | Balance for June 2005 | $345.00 | $0.00 | $0.00 | $0.00 | $0.00 | $22.22 |
| 07/31/2005 | Balance for July 2005 | $345.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.67 |
| 08/31/2005 | Balance for August 2005 | $345.00 | $0.00 | $0.00 | $0.00 | $29.75 | $29.12 |
| 09/20/2005 | Payment | -$85.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/30/2005 | Balance for September 2005 | $260.00 | $0.00 | $0.00 | $0.00 | $29.75 | $32.58 |
| 10/31/2005 | Balance for October 2005 | $260.00 | $0.00 | $0.00 | $0.00 | $29.75 | $35.48 |
| 11/01/2005 | Payment | -$260.00 | $0.00 | $0.00 | $0.00 | -$29.75 | -$9.25 |
| 11/30/2005 | Balance for November 2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26.33 |
| 12/31/2005 | Balance for December 2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26.33 |
| 01/31/2006 | Balance for January 2006 | $437.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30.70 |
| 02/28/2006 | Balance for February 2006 | $437.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35.07 |
| 03/08/2006 | Payment | -$82.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/08/2006 | Payment | -$82.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/31/2006 | Balance for March 2006 | $273.00 | $0.00 | $0.00 | $0.00 | $0.00 | $38.18 |
| 04/30/2006 | Balance for April 2006 | $273.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.91 |
| 05/25/2006 | Payment | -$40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/31/2006 | Balance for May 2006 | $233.00 | $0.00 | $0.00 | $0.00 | $0.00 | $43.56 |
| 06/30/2006 | Balance for June 2006 | $233.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45.89 |
| 07/31/2006 | Balance for July 2006 | $233.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48.22 |
| 08/31/2006 | Balance for August 2006 | $233.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.55 |
| 09/30/2006 | Balance for September 2006 | $233.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52.88 |
| 10/31/2006 | Balance for October 2006 | $233.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.21 |
| 11/30/2006 | Balance for November 2006 | $233.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57.54 |
| 12/31/2006 | Balance for December 2006 | $233.00 | $0.00 | $0.00 | $0.00 | $0.00 | $59.87 |
| 01/31/2007 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/31/2007 | Balance for January 2007 | $670.00 | $0.00 | $0.00 | $0.00 | $0.00 | $66.57 |
| 02/28/2007 | Balance for February 2007 | $670.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73.27 |
| 03/31/2007 | Balance for March 2007 | $670.00 | $0.00 | $0.00 | $0.00 | $43.70 | $80.20 |
| 04/30/2007 | Balance for April 2007 | $670.00 | $0.00 | $0.00 | $0.00 | $43.70 | $87.34 |
| 05/31/2007 | Balance for May 2007 | $670.00 | $0.00 | $0.00 | $0.00 | $43.70 | $94.48 |
| 06/30/2007 | Balance for June 2007 | $670.00 | $0.00 | $0.00 | $0.00 | $43.70 | $101.62 |
| 07/31/2007 | Balance for July 2007 | $670.00 | $0.00 | $0.00 | $0.00 | $43.70 | $108.75 |
| 08/31/2007 | Balance for August 2007 | $670.00 | $0.00 | $0.00 | $0.00 | $43.70 | $115.89 |
| 09/30/2007 | Balance for September 2007 | $670.00 | $0.00 | $0.00 | $0.00 | $43.70 | $123.03 |
| 10/31/2007 | Balance for October 2007 | $670.00 | $0.00 | $0.00 | $0.00 | $43.70 | $130.16 |
| 11/30/2007 | Balance for November 2007 | $670.00 | $0.00 | $0.00 | $0.00 | $43.70 | $137.30 |
| 12/31/2007 | Balance for December 2007 | $670.00 | $0.00 | $0.00 | $0.00 | $43.70 | $144.44 |
| 01/31/2008 | Balance for January 2008 | $1145.00 | $0.00 | $0.00 | $0.00 | $43.70 | $156.32 |
| 02/27/2008 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | -$55.00 | $0.00 |
| 02/29/2008 | Balance for February 2008 | $1145.00 | $0.00 | $0.00 | $0.00 | -$11.30 | $168.17 |
| 03/31/2008 | Balance for March 2008 | $1145.00 | $0.00 | $0.00 | $0.00 | $36.20 | $179.76 |
| 04/10/2008 | Payment | -$90.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Case 1:12-cv-00671-JCC-JFA   Document 15-3   Filed 08/27/12   Page 7 of 8 PageID# 149

**Pre-Judgment Interest Calculation at 12.00% per Annum**

Date Printed: 6/9/2009

Reston Association (account number 5884)

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/30/2008 | Balance for April 2008 | $1055.00 | $0.00 | $0.00 | $0.00 | $36.20 | $190.98 |
| 05/31/2008 | Balance for May 2008 | $1055.00 | $0.00 | $0.00 | $0.00 | $36.20 | $201.89 |
| 06/30/2008 | Balance for June 2008 | $1055.00 | $0.00 | $0.00 | $0.00 | $36.20 | $212.80 |
| 07/31/2008 | Balance for July 2008 | $1055.00 | $0.00 | $0.00 | $0.00 | $36.20 | $223.71 |
| 08/31/2008 | Balance for August 2008 | $1055.00 | $0.00 | $0.00 | $0.00 | $36.20 | $234.62 |
| 09/30/2008 | Balance for September 2008 | $1055.00 | $0.00 | $0.00 | $0.00 | $36.20 | $245.54 |
| 10/31/2008 | Balance for October 2008 | $1055.00 | $0.00 | $0.00 | $0.00 | $36.20 | $256.45 |
| 11/30/2008 | Balance for November 2008 | $1055.00 | $0.00 | $0.00 | $0.00 | $36.20 | $267.36 |
| 12/31/2008 | Balance for December 2008 | $1055.00 | $0.00 | $0.00 | $0.00 | $36.20 | $278.27 |
| 01/31/2009 | Balance for January 2009 | $1546.00 | $0.00 | $0.00 | $0.00 | $36.20 | $294.09 |
| 02/28/2009 | Balance for February 2009 | $1546.00 | $0.00 | $0.00 | $0.00 | $36.20 | $309.92 |
| 03/31/2009 | Balance for March 2009 | $1546.00 | $0.00 | $0.00 | $0.00 | $85.30 | $325.97 |
| 04/30/2009 | Balance for April 2009 | $1546.00 | $0.00 | $0.00 | $0.00 | $85.30 | $342.28 |
| 05/31/2009 | Balance for May 2009 | $1546.00 | $0.00 | $0.00 | $0.00 | $85.30 | $358.59 |
| 06/09/2009 | Balance as of June 9, 2009 | $1546.00 | $0.00 | $0.00 | $0.00 | $85.30 | $374.91 |

ABSTRACT OF JUDGMENT                              CASE NUMBER: GV09016462-02

FAIRFAX CO. GENERAL DISTRICT COURT

PLAINTIFF(S)                    V          DEFENDANT(S)

RESTON ASSOCIATION          NO SSN      WAYNE E HILL                    NO SSN
                            NO DOB      2280 COCQUINA DRIVE             NO DOB
                                        RESTON, VA 20191

                                        ALICE D HILL                    NO SSN
                                        2280 COCQUINA DRIVE             NO DOB
                                        RESTON, VA 20191

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT: 08/17/09

AMOUNT OF JUDGMENT:      $1,631.30

OTHER AMOUNT:            $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES   (X) NO   ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED: N/A

INTEREST: 6% FROM 06/09/09

COSTS:       $45.00     ATTORNEY'S FEES: 525.00

                        ATTORNEY: CHADWICK & WASHINGTO

OTHER AWARDED: CONSENT JUDGMENT

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

9-8-09                                          ( ) CLERK   ( ) JUDGE
DATE

FORM DC-465  4/90  (09/01/09)            PAGE: 23