# SUGGESTION FOR SUMMONS IN GARNISHMENT

Commonwealth of Virginia   Va. Code § 8.01-511
Fairfax County
CITY OR COUNTY
_____ General District Court

| | |
|---|---|
| DATE OF JUDGMENT | DATE EXECUTION ORDERED |
| August 17, 2009 | |

ORIGINAL JUDGMENT

## STATEMENT

$ **1,631.30** Judgment Principal
$ **0.00** Credits (see reverse)
**219.90** Interest at **6.00** % to return date
**65.00** Judgment Costs
**525.00** Attorney's Fee
**294.00** Garnishment Costs

$ **2,735.20** Total Balance Due

The garnishee shall rely on this amount.

I request the Clerk to summon the Suggested Garnishee to answer this suggestion.
This is a garnishment against (check only one) [ ] the judgment debtor's wages, salary or other compensation, [x] some other debt due or property or the judgment debtor, specifically: _____ bank account
I have reason to believe that there is a liability on the suggested garnishee because of the execution on the "ORIGINAL JUDGMENT" described above, which:
[ ] involves a business, trade or professional credit transaction entered into on or after *January 1, 1984*.
[x] does *not* involve a business, trade or professional credit transaction entered into on or after January 1, 1984 *and* the undersigned represents that he or she has made a diligent good faith effort to secure the social security number of the judgment debtor
[ ] and has been unable to do so.

I further certify that:
[x] (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a prior judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or to one of his or her lawful dependents, and that it was not for luxuries or nonessentials; or
[ ] (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or
[ ] (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or
[ ] (6) The summons is based upon a judgment for a debt or debts reaffirmed after bankruptcy.

I hereby certify that the last known address of the defendant is as shown at right.

_____   1/13/11   [ ] JUDGMENT CREDITOR   [ ] AGENT   [x] ATTORNEY
                              DATE SUBMITTED

WARNING: Any judgment creditor who knowingly gives false information in a Suggestion for Garnishment shall be guilty of a class 1 misdemeanor.

FORM DC-450 (FRONT) 7/06

---

## SUGGESTION FOR SUMMONS IN GARNISHMENT

CASE NO. **GV09016462**   RETURN DATE **September 6, 2011**

**Reston Association**
JUDGMENT CREDITOR'S NAME

c/o Chadwick, Washington, Moriarty, Elmore & Bunn
STREET ADDRESS

Fairfax   VA   22030
CITY   STATE   ZIP

(703) 352-1900
TELEPHONE NUMBER

**Chadwick, Washington, Moriarty, Elmore & Bunn**
JUDGMENT CREDITOR'S ATTORNEY'S NAME

9990 Fairfax Blvd, Suite 200
STREET ADDRESS

Fairfax   VA   22030
CITY   STATE   ZIP

(703) 352-1900
TELEPHONE NUMBER

**HILL, Alice D.**
JUDGMENT DEBTOR'S NAME

2280 Coquina Drive
STREET ADDRESS

Reston   VA   20191
CITY   STATE   ZIP

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
SOCIAL SECURITY NUMBER

**BB&T Bank**
SUGGESTED GARNISHEE'S NAME (SEE NOTE BELOW)

6400 Arlington Blvd, Suite 1144
STREET ADDRESS

Falls Church   VA   22042
CITY   STATE   ZIP

_____
TELEPHONE NUMBER

If garnishee is judgment debtor's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trading under a fictitious or trade name.

---

MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT

[ ] Support (if not specified, then 50%)
[ ] 50% [ ] 55% [ ] 60% [ ] 65% [ ] State Taxes, 100%
If none of the above are checked, then § 34-29(a) applies (a plain-language interpretation of this section is on the reverse of the SUMMONS).

DEFENDANT'S EXHIBIT 5

## INSTRUCTIONS TO JUDGMENT CREDITOR:

Show how these credits were computed on this side of this form or on an attached sheet of paper. You should show:

- Date and amount of each payment.
- How interest is computed. $219.90: Interest at 6% per annum from 6/9/09 - 9/6/11 ($8.16/month and $.27/day)
- How payments are credited.