

# Fairfax County General District

 

## Civil Case Details

### Case Information

| Case Number: | GV11026189-00 | File Date: | 10/07/2011 |
|---|---|---|---|
| Case Type: | Warrant In Debt | Debt Type: | |

### Plaintiff Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| RESTON ASSOCIATION | | | Plaintiff | CHADWICK & WASHINGTO |

### Defendant Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| HILL, ALICE D | | RESTON, VA 20191 | Plaintiff | |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|
| 12/06/2011 | 09:30 AM | Default Judgment | Civil Hearing | 2A |

### Service/Process

### Reports

### Judgment Information

| Judgment : | Plaintiff | Costs : | $58.00 | Attorney Fees : | 20% |
|---|---|---|---|---|---|
| Principal Amount : | $1,144.00 | Other Amount : | | Interest Award : | 12% FROM 10/29/09 |
| Possession : | | Writ Issued Date : | | Homestead Exemption Waived : | No |
| Is Judgment Satisfied : | | Date Satisfaction Filed : | | Other Awarded : | |
| Further Case Information : | | | | | |

### Garnishment Information

### Appeal Information

| Appeal Date : | Appealed By : |
|---|---|

Back to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories |

Forms | Judicial Branch Agencies | Programs

Build #: 5.0.15