

## Fairfax County General District

 

## Civil Case Details

### Case Information

| Case Number: | GV09016462-00 | File Date: | 06/23/2009 |
|---|---|---|---|
| Case Type: | Warrant In Debt | Debt Type: | |

Fairfax County General ▼

**Name Search**
**Case Number Search**
**Hearing Date Search**
**Service/Process Search**

### Plaintiff Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| RESTON ASSOCIATION | | | Plaintiff | CHADWICK & WASHINGTO |

### Defendant Information

**Name Search**
**Case Number Search**
**Hearing Date Search**
**Service/Process Search**

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| HILL, WAYNE E | | RESTON, VA 20191 | Plaintiff | |
| HILL, ALICE D | | RESTON, VA 20191 | Plaintiff | |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|
| 08/17/2009 | 09:30 AM | Judgment | Civil Hearing | 2A |

### Service/Process

### Reports

### Judgment Information

| Judgment : Plaintiff | Costs : $65.00 | Attorney Fees : 525.00 |
|---|---|---|
| Principal Amount : $1,631.30 | Other Amount : | Interest Award : 6% FROM 06/09/09 |
| Possession : | Writ Issued Date : | Homestead Exemption Waived : No |
| Is Judgment Satisfied : | Date Satisfaction Filed : | Other Awarded : |
| Further Case Information : | | |

### Garnishment Information

**Appeal Information**

| Appeal Date : | Appealed By : |
|---|---|
| | |

Back to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories |

Forms | Judicial Branch Agencies | Programs

Build #: 5.0.15