# SUGGESTION FOR SUMMONS IN GARNISHMENT

Commonwealth of Virginia    Va. Code § 8.01-511

Fairfax County ......................... General District Court
CITY OR COUNTY

| | |
|---|---|
| DATE OF JUDGMENT | DATE EXECUTION ORDERED |
| August 17, 2009 | |

ORIGINAL JUDGMENT

## STATEMENT

$ 1,631.30 ........ Judgment Principal
$ 0.00 ............ Credits (see reverse)
$ 219.90 .......... Interest at 6.00 % to return date
$ 65.00 ........... Judgment Costs
$ 525.00 .......... Attorney's Fee
$ 294.00 .......... Garnishment Costs
$ 2,735.20 ........ Total Balance Due

The garnishee shall rely on this amount.

I request the Clerk to summon the Suggested Garnishee to answer this suggestion.
This is a garnishment against (check only one) [ ] the judgment debtor's wages, salary or other compensation, [x] some other debt due or property or the judgment debtor, specifically ................................................. bank account
I have reason to believe that there is a liability on the suggested garnishee because of the execution on the "ORIGINAL JUDGMENT" described above, which:

[ ] involves a business, trade or professional credit transaction entered into on or after January 1, 1984.
[x] does *not* involve a business, trade or professional credit transaction entered into on or after January 1, 1984 *and* the undersigned represents that he or she has made a diligent good faith effort to secure the social security number of the judgment debtor

I further certify that:
[ ] and has been unable to do so.
[x] (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a prior summons has been issued but not fully satisfied; or
[ ] (3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or to one of his or her lawful dependents, and that it was not for luxuries or nonessentials; or
[ ] (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or
[ ] (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or
[ ] (6) The summons is based upon a judgment for a debt or debts reaffirmed after bankruptcy.

I hereby certify that the last known address of the defendant is as shown at right.

_(signature)_  _____   [ ] JUDGMENT CREDITOR  [ ] AGENT  [x] ATTORNEY
DATE SUBMITTED

WARNING: Any judgment creditor who knowingly gives false information in a Suggestion for Garnishment shall be guilty of a class 1 misdemeanor.

FORM DC-450 (FRONT) 7/06

---



CASE NO. GV09016462     RETURN DATE September 6, 2011

## SUGGESTION FOR SUMMONS IN GARNISHMENT

Reston Association
JUDGMENT CREDITOR'S NAME

c/o Chadwick, Washington, Moriarty, Elmore & Bunn
STREET ADDRESS

Fairfax ................ VA ........... 22030
CITY                    STATE          ZIP

(703) 352-1900
TELEPHONE NUMBER

Chadwick, Washington, Moriarty, Elmore & Bunn
JUDGMENT CREDITOR'S ATTORNEY'S NAME

9990 Fairfax Blvd, Suite 200
STREET ADDRESS

Fairfax ................ VA ........... 22030
CITY                    STATE          ZIP

(703) 352-1900
TELEPHONE NUMBER

HILL, Alice D.
JUDGMENT DEBTOR'S NAME

2280 Coquina Drive
STREET ADDRESS

Reston ................ VA ........... 20191
CITY                   STATE           ZIP

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
SOCIAL SECURITY NUMBER

BB&T Bank
SUGGESTED GARNISHEE'S NAME (SEE NOTE BELOW)

6400 Arlington Blvd, Suite 1144
STREET ADDRESS

Falls Church ........... VA .......... 22042
CITY                    STATE          ZIP

_____
TELEPHONE NUMBER

If garnishee is judgment debtor's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trading under a fictitious or trade name.

## INSTRUCTIONS TO JUDGMENT CREDITOR:

Show how these credits were computed on this side of this form or on an attached sheet of paper. You should show:

- Date and amount of each payment.
- How interest is computed. $219.90: Interest at 6% per annum from 6/9/09 - 9/6/11 ($8.16/month and $.27/day)
- How payments are credited.