**DEFENDANT'S EXHIBIT 1**

| HEARING DATE AND TIME | 12/06/2011 @ 9:30am |
|---|---|

| CASE NO. | |
|---|---|

Reston Association
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
c/o Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
9990 Fairfax Boulevard, #200, Fairfax, VA 22030

V.

HILL, Alice D.
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
2280 Cocquina Drive
Reston, VA 20191
FAIRFAX COUNTY

## WARRANT IN DEBT

* * *

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.
[ ] To dispute this claim, you **must** appear on the return date to try this case
[X] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars _____ ORDERED _____ DUE _____

Grounds of Defense _____ ORDERED _____ DUE _____

ATTORNEY FOR PLAINTIFF(S)
Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
(703) 352-1900

ATTORNEY FOR DEFENDANT(S)

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION

_____ DATE
_____ CLERK

DISABILITY ACCOMMODATIONS for loss of hearing, vision, mobility, etc., contact the court ahead of time.

American LegalNet, Inc.
www.USCourtForms.com

---

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)
Commonwealth of Virginia    VA. CODE §16.1-79

**Fairfax County** _____ General District Court
CITY OR COUNTY

4110 Chain Bridge Road, COURTROOM 2-A, Fairfax, VA 22030
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).
TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on
December 6, 2011 @ 9:30am _____ to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

_____ DATE ISSUED        [ ] CLERK   [ ] DEPUTY CLERK   [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ **$1,144.00** net of any credits, with interest at **12** % from date of **10/29/2009** until paid,
$ **58.00** costs and $ **reasonable** attorney's fees with the basis of this claim being
[ ] Open Account  [X] Contract  [ ] Note  [X] Other (EXPLAIN) Failure to pay assessments on the lot located at 2280 Cocquina Drive, Reston, VA 20191.

VSB#45818

HOMESTEAD EXEMPTION WAIVED?  [ ] YES  [X] NO  [ ] cannot be demanded
_10/6/11_ DATE    [ ] PLAINTIFF  [X] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**
JUDGMENT against [ ] named Defendant(s) [ ]
for $ _____ net of any credits, with interest at _____ % from date
of _____ until paid, $ _____ costs and $ _____ attorney's fees
HOMESTEAD EXEMPTION WAIVED?  [ ] YES  [ ] NO  [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ]
[ ] NON-SUIT  [ ] DISMISSED
Defendant(s) Present?  [ ] YES
                       [ ] NO

_____ DATE                      _____ JUDGE

FORM DC-412 (PAGE ONE OF TWO) 07/04 PDF

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found.

---

| NAME _____ | NAME _____ | NAME _____ |
| --- | --- | --- |
| ADDRESS _____ | ADDRESS _____ | ADDRESS _____ |
| [ ] PERSONAL SERVICE   Tel. No ____ | [ ] PERSONAL SERVICE   Tel. No ____ | [ ] PERSONAL SERVICE   Tel. No ____ |

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

_____ SERVING OFFICER

for _____

DATE _____

---

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

---

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

_____  _____
DATE                    [ ] Plaintiff  [X] Plaintiff's Atty.  [ ] Agent

Fi. Fa. issued on _____

Interrogatories issued on: _____

Garnishment issued on _____

---

FORM DC-412 (PAGE TWO OF TWO) 12/03 PDF

American LegalNet, Inc.
www.USCourtForms.com

COMMONWEALTH OF VIRGINIA:

IN THE GENERAL DISTRICT COURT FOR FAIRFAX COUNTY

| | | |
|---|---|---|
| RESTON ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Docket No _____ |
| v. | ) | |
| | ) | |
| ALICE D. HILL | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## CLAIM AFFIDAVIT

and

## AFFIDAVIT IN COMPLIANCE WITH SERVICEMEMBERS CIVIL RELIEF ACT

I, Milton W. Matthews, Chief Executive Officer, hereby affirm, after first being duly sworn, as follows on behalf of the Plaintiff:

1. I am an officer and/or director of the Plaintiff;

2. I am cognizant of the accounts and matters of the Plaintiff, and that to the best of my knowledge and belief the defendants is the record owner of 2280 Cocquina Drive, Reston, VA 20191 (the "Lot"), and is indebted to the Plaintiff in the amount of $1,144.00, plus pre-judgment and post-judgment interest at 12.0% per annum, reasonable attorneys' fees and costs due by virtue of nonpayment of Plaintiff's assessments against the Lot pursuant to the Plaintiff's governing documents, as recorded among the land records of Fairfax County, Virginia, at Deed Book 18419, Page 1226, et seq., and as may be amended thereafter;

3. This amount is justly due and there are no set-offs or counterclaims; and

4. In accordance with Section 201 of the Federal Servicemembers Civil Relief Act and Section 8.01-15.2 of the Virginia Code, to the best of the Plaintiff's

1

knowledge and belief, after reasonable inquiry, based on the Plaintiff's records, my own account, and/or the DOD Data Center, the defendants is not a member on active duty in the military service of the U.S. Army, Navy, Marine Corps, Coast Guard or Air Force.

Milton W. Matthews, Chief Executive Officer
Reston Association

Commonwealth of Virginia,   )

City/County: Fairfax   )   to-wit:

Subscribed and sworn to before me on this ___29___ day of September, 2011, by Milton W. Matthews, Chief Executive Officer of Reston Association, in testimony whereof I have hereunto set my hand on the day, month, and year aforesaid.

Notary Public

My Notary Registration: 119777
And My Commission Expires: March 31, 2015



Account Number: 5884

Pr-5220 Ac-808918 Ma-900 - 0450
M288517

2

## STATEMENT OF ACCOUNT

Reston Association (account number 5884 )
Owner(s): Alice D. Hill, 2280 Cocquina Drive, Reston, VA 20191
Wayne E. Hill, 2280 Cocquina Drive, Reston, VA 20191
2280 Cocquina Drive, Reston, VA 20191

| Date | Description | Assessments | Violation Charge | Client Misc. | Special | Late Fee | Total |
|---|---|---|---|---|---|---|---|
| 10/29/2009 | Charge from Client - NSF Fee | | | 35.00 | | | $35.00 |
| 01/01/2010 | Charge from Client | 515.00 | | | | | $550.00 |
| 01/01/2011 | Charge from Client | 540.00 | | | | | $1,090.00 |
| 03/16/2011 | Charge from Client | | | | | 54.00 | $1,144.00 |
| Total | | $1055.00 | $0.00 | $35.00 | $0.00 | $54.00 | $1144.00 |

** In addition to the above-stated amount, this suit also includes a claim for (additional) interest, court costs and attorney's fees.

ABSTRACT OF JUDGMENT       CASE NUMBER: GV11026189-00

FAIRFAX CO. GENERAL DISTRICT COURT

PLAINTIFF(S)                    v            DEFENDANT(S)

RESTON ASSOCIATION       NO SSN    ALICE D HILL            NO SSN
                         NO DOB    2280 COCQUINA DR        NO DOB
                                   RESTON, VA 20191

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT: 12/04/11

AMOUNT OF JUDGMENT:   $1,144.00

OTHER AMOUNT:         $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES   (X) NO   ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED: N/A

INTEREST: 12% FROM 10/29/09

COSTS:   $58.00    ATTORNEY'S FEES: 20%

ATTORNEY: CHADWICK & WASHINGTON

OTHER AWARDED:

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

1-18-12
DATE                                                          CLERK / JUDGE

# GARNISHMENT SUMMONS
Commonwealth of Virginia  Va. Code §§ 8.01-511, 8.01-512.3

Fairfax County .................................................. General District Court
COURT NAME

4110 Chain Bridge Road, Courtroom 2-A, Fairfax, Virginia 22030  (703) 246-3012
COURT ADDRESS AND TELEPHONE NUMBER

**TO ANY AUTHORIZED OFFICER:** You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

**TO THE GARNISHEE:** You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the hearing date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) You shall not be liable to the judgment creditor for any property not specified in this garnishment summons. (3) If the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and are payable by the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

.................................................. ..................................................
DATE OF ISSUANCE OF SUMMONS                CLERK

| | |
|---|---|
| DATE AND TIME OF DELIVERY OF WRIT OF FIERI FACIAS TO SHERIFF IF DIFFERENT FROM DATE OF ISSUANCE OF THIS SUMMONS | TO GARNISHEE: On check or written answer, include return date, case number and judgment debtor's name. MAKE CHECK PAYABLE TO JUDGMENT CREDITOR AND DELIVER TO THE COURT. |

**WRIT OF FIERI FACIAS TO ANY AUTHORIZED OFFICER:** You are commanded to execute this writ and to make from the intangible personal estate of the judgment debtor(s) the principal, interest, costs and attorney's fees, less credits, shown in the Garnishment Summons. You are further commanded to make your return to the clerk's office according to law.

Homestead Exemption Waived? [ ] yes [ ] no [ ] cannot be demanded

.................................................. ..................................................
DATE OF ISSUANCE OF WRIT                    CLERK

## CASE DISPOSITION
I ORDER that
[ ] the garnishee pay to the judgment creditor through the court $ .................................... net of any credits.
[ ] the case be DISMISSED.
[ ]

.................................................. ..................................................
DATE ENTERED                                JUDGE

FORM DC-451 (FRONT) 1/02

---

CASE NO.  GV09016462

**Reston Association**
JUDGMENT CREDITOR'S NAME
Chadwick, Washington, Moriarty, Elmore & Bunn
STREET ADDRESS
9990 Fairfax Blvd., Suite 200, Fairfax, Virginia 22030
CITY, STATE, ZIP
(703) 352-1900
TELEPHONE NUMBER

Chadwick, Washington, Moriarty, Elmore & Bunn
JUDGMENT CREDITOR'S ATTORNEY'S NAME
9990 Fairfax Blvd., Suite 200, Fairfax, Virginia 22030
ADDRESS
(703) 352-1900
TELEPHONE NUMBER

**HILL, Wayne E.**
JUDGMENT DEBTOR'S NAME (SERVE)
2280 Cocquina Drive
STREET ADDRESS
Reston, Virginia 20191 (Fairfax County)
CITY, STATE, ZIP
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                           ..........................
SOCIAL SECURITY NUMBER               TELEPHONE NUMBER

BB&T Bank (Serve: Martha Bisacquino, Legal Department)
GARNISHEE'S NAME
6400 Arlington Blvd., Suite 1144
STREET ADDRESS
Falls Church, Virginia 22042 (Fairfax County)
CITY, STATE, ZIP                     TELEPHONE NUMBER

August 17, 2009                      STATEMENT
DATE OF JUDGMENT
              Judgment Principal     $1,631.30
              Credits                $0.00
              Interest               $192.12
              Judgment Costs         $65.00
              Attorney's Fees        $525.00
              Garnishment Costs      $94.00

$2,507.42  TOTAL BALANCE DUE
The garnishee shall rely on this amount.

---

**HEARING DATE & TIME**

May 24, 2011
9:30 a.m.

**GARNISHMENT SUMMONS**

This is a garnishment against (check only one)
[x] the judgment debtor's wages, salary or other compensation.
[ ] some other debt due or property of the judgment debtor, specifically, .......

**MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT**

[ ] Support
  [ ] 50%   [ ] 55%
  [ ] 60%   [ ] 65%
  (if not specified, then 50%)
[ ] state taxes, 100%
If none of the above are checked, then § 34-29(a) applies (a plain-language interpretation of this section is on the reverse of this GARNISHMENT SUMMONS).

$ ................
received by

.................. JUDGMENT CREDITOR
[ ] Judgment debtor present

.................................................. ..................................................
                                            DATE

The following statement is not the law but is an interpretation of the law which is intended to assist those who must respond to this garnishment. You may rely on this only for general guidance because the law itself is the final word. (Read the law, § 34-29 of the Code of Virginia, for a full explanation. A copy of § 34-29 is available at the Clerk's office. If you do not understand the law, call a lawyer for help.)

An employer may take as much as 25 percent of an employee's disposable earnings to satisfy this garnishment. But if any employee makes the minimum wage or less for his week's earnings, the employee will ordinarily get to keep 40 times the minimum hourly wage.

But an employer may withhold a different amount of money from that above if:
(1) The employee must pay child support or spousal support and was ordered to do so by a court procedure or other legal procedure. No more than 65 percent of an employee's earnings may be withheld for support;
(2) Money is withheld by order of a bankruptcy court; or
(3) Money is withheld for a tax debt.

"Disposable earnings" means the money an employee makes "after taxes" and after other amounts required by law to be withheld are satisfied. Earnings can be salary, hourly wages, commissions, bonuses, payments to an independent contractor, or otherwise, whether paid directly to the employee or not.

If an employee tries to transfer, assign or in any way give his earnings to another person to avoid the garnishment, it will not legal; earnings are still earnings.

Financial institutions that receive an employee's paycheck by direct deposit do not have to determine what part of a person's earnings can be garnished.

CAME TO HAND

............................................................
DATE AND TIME

............................................................
SHERIFF

NOTE: Return of Writ of Fieri Facias to be used if no effects found otherwise, use appropriate sections of DC-467, WRIT OF FIERI FACIAS.

[ ] NO EFFECTS FOUND

............................................................
DATE

............................................................
SHERIFF

............................................................
DEPUTY SHERIFF

RETURNS: The following garnishee was served, according to law, as indicated below, unless not found.

GARNISHEE ............................................................

ADDRESS ............................................................

[ ] PERSONAL SERVICE  [ ] FEDERAL SERVICE*

[ ] Being unable to make personal service, a copy was delivered in the following manner:
  [ ] Served on registered agent of the corporation. List name and title:
  ............................................................
  [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.
  [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
  [ ] Served on the Secretary of the Commonwealth.
  [ ] Served on the Clerk of the State Corporation Commission, pursuant to § 8.01-513.
  [ ] Copy mailed to judgment debtor after serving the garnishee on date of service unless a different date of mailing is shown.

............................................................
DATE OF MAILING

[ ] Not found

............................................................
SERVING OFFICER

for ............................................................

DATE OF SERVICE

* Federal garnishment statutes, 5 U.S.C. § 5520a(c)(1) and 42 U.S.C. § 659 provide that the garnishee, when a federal agency, may be served either personally or by certified or registered mail, return receipt requested.

RETURNS: The judgment debtor was served, according to law, as indicated below, unless not found, with a copy of both this summons and the § 8.01-512.4 form.

JUDGMENT DEBTOR ............................................................

ADDRESS ............................................................

[ ] PERSONAL SERVICE

[ ] Being unable to make personal service, a copy was delivered in the following manner:
  [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.
  [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
  [ ] Served on Secretary of the Commonwealth.

[ ] Not found

............................................................
SERVING OFFICER

for ............................................................

DATE OF SERVICE

FORM DC-451 (REVERSE) 1/07

# SUGGESTION FOR SUMMONS IN GARNISHMENT
Commonwealth of Virginia  Va. Code § 8.01-511

Fairfax County ............................ General District Court
CITY OR COUNTY

| CASE NO. | RETURN DATE |
|---|---|
| GV09016462 | May 24, 2011 |

## SUGGESTION FOR SUMMONS IN GARNISHMENT

**JUDGMENT CREDITOR'S NAME:** Reston Association
**STREET ADDRESS:** c/o Chadwick, Washington, Moriarty, Elmore & Bunn
**CITY:** Fairfax  **STATE:** VA  **ZIP:** 22030
**TELEPHONE NUMBER:** (703) 352-1900

**JUDGMENT CREDITOR'S ATTORNEY'S NAME:** Chadwick, Washington, Moriarty, Elmore & Bunn
**STREET ADDRESS:** 9990 Fairfax Blvd. Suite 200
**CITY:** Fairfax  **STATE:** VA  **ZIP:** 22030
**TELEPHONE NUMBER:** (703) 352-1900

**JUDGMENT DEBTOR'S NAME:** HILL, Wayne E.
**STREET ADDRESS:** 2280 Cocquina Drive
**CITY:** Reston  **STATE:** VA  **ZIP:** 20191
**SOCIAL SECURITY NUMBER:** 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

**SUGGESTED GARNISHEE'S NAME (SEE NOTE BELOW):** BB&T Bank
**STREET ADDRESS:** 6400 Arlington Blvd., Suite 1144
**CITY:** Falls Church  **STATE:** VA  **ZIP:** 22042
**TELEPHONE NUMBER:** 

If garnishee is judgment debtor's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trading under a fictitious or trade name.

## ORIGINAL JUDGMENT

| DATE OF JUDGMENT | DATE EXECUTION ORDERED |
|---|---|
| August 17, 2009 | |

### STATEMENT

| | |
|---|---|
| $ 1,631.30 | Judgment Principal |
| 0.00 | Credits (see reverse) |
| 192.12 | Interest at 6.00 % to return date |
| 65.00 | Judgment Costs |
| 525.00 | Attorney's Fee |
| 94.00 | Garnishment Costs |
| **$ 2,507.42** | **Total Balance Due** |

The garnishee shall rely on this amount.

I request the Clerk to summon the Suggested Garnishee to answer this suggestion.

This is a garnishment against (check only one) [ ] the judgment debtor's wages, salary or other compensation. [x] some other debt due or property of the judgment debtor, specifically......................................................................bank account

**MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT**

[ ] Support (if not specified, then 50%)
[ ] 50% [ ] 55% [ ] 60% [ ] 65% [ ] State Taxes, 100%
If none of the above are checked, then § 34-29(a) applies (a plain-language interpretation of this section is on the reverse of the SUMMONS).

I have reason to believe that there is a liability on the suggested garnishee because of the execution on the "ORIGINAL JUDGMENT" described above, which:

[ ] involves a business, trade or professional credit transaction entered into on or after *January 1, 1984*,
[x] does *not* involve a business, trade or professional credit transaction entered into on or after January 1, 1984 *and* the undersigned represents that he or she has made a diligent good faith effort to secure the social security number of the judgment debtor [ ] and has been unable to do so.

I further certify that:
[ ] (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[x] (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or to one of his or her lawful dependents, and that it was not for luxuries or nonessentials; or
[ ] (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or
[ ] (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or
[ ] (6) The summons is based upon a judgment for a debt or debts reaffirmed after bankruptcy.

I hereby certify that the last known address of the defendant is as shown at right.

3-22-2011 .......................................... _____ #38775
DATE SUBMITTED   [ ] JUDGMENT CREDITOR  [ ] AGENT  [x] ATTORNEY

WARNING: Any judgment creditor who knowingly gives false information in a Suggestion for Garnishment shall be guilty of a class 1 misdemeanor.

FORM DC-450 (FRONT) 7/06

## INSTRUCTIONS TO JUDGMENT CREDITOR:

Show how these credits were computed on this side of this form or on an attached sheet of paper. You should show:

- Date and amount of each payment.
- How interest is computed. $192.12: Interest at 6% per annum from 6/9/09 - 5/24/11 ($8.16/month and $.27/day)
- How payments are credited.

FORM DC-450 (PAGE TWO OF TWO) 4/84 PDF