IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALICE D. HILL, *on behalf of herself and all similarly situated individuals*,<br><br>Plaintiff,<br><br>vs.<br><br><br>CHADWICK, WASHINGTON, MORIARTY, ELMORE & BUNN, P.C.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:12-cv-671-JCC-JFA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE FOR NOTICE OF APPEARANCE

Please take notice that Joseph R. Pope of the law firm Williams Mullen hereby notes his appearance as counsel for Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.

CHADWICK, WASHINGTON, MORIARTY,
ELMORE & BUNN, P.C.,


By: _____"/s/"_____
            Joseph R. Pope

Joseph R. Pope, Esquire (VSB No. 71371)
jpope@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile:  (804) 420-6507
*Counsel for Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.*

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on the 28th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Alice D. Hill**<br>*on behalf of herself and all similarly*<br>*situated individuals* | represented by | **Leonard Anthony Bennett**<br>Consumer Litigation Associates<br>763 J Clyde Morris Boulevard<br>Suite 1A<br>Newport News, VA 23601<br>757-930-3660<br>Fax: 757-930-3662<br>Email: lenbennett@cox.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Andrew Joseph Guzzo**<br>Surovell Isaacs Peterson & Levy PLC<br>4010 University Drive<br>Second Floor<br>Fairfax, VA 22030<br>703-251-5400<br>Fax: 703-541-9205<br>Email: aguzzo@siplfirm.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Kristi Cahoon Kelly**<br>Surovell Isaacs Petersen & Levy PLC<br>4010 University Dr<br>Suite 200<br>Fairfax, VA 22030<br>703-277-9774<br>Fax: 703-591-9285<br>Email: kkelly@siplfirm.com<br>*ATTORNEY TO BE NOTICED* |

**Susan Mary Rotkis**
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: (757) 930-3662
Email: srotkis@clalegal.com
*ATTORNEY TO BE NOTICED*

By: _____"/s/"_____
Joseph R. Pope, Esquire (VSB No. 71371)
jpope@williamsmullen.com
WILLIAMS, MULLEN, CLARK & DOBBINS, P.C.
Williams Mullen Center
200 South 10th Street, PO Box 1320
Richmond, VA  23218-1320
Telephone:  804.420.6000
Facsimile:  804.420.6507
*Counsel for Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.*

18875180_1