IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALICE D. HILL, *on behalf of herself and all similarly situated individuals*, </br></br>Plaintiff,</br></br>vs.</br></br></br>CHADWICK, WASHINGTON, MORIARTY, ELMORE & BUNN, P.C.,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>) Civil Action No. 1:12-cv-671-JCC-JFA</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

**NOTICE OF HEARING**

Please take notice that on October 12, 2012 at 10:00 a.m., Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C. will bring on for hearing its Motion to Dismiss Plaintiffs' Class Action Complaint for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6). You are invited to attend and participate.

Respectfully submitted,

CHADWICK, WASHINGTON, MORIARTY,
ELMORE & BUNN, P.C.


By: _____/s/_____
Joseph R. Pope

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB # 71329)
botoole@williamsmullen.com
Joseph R. Pope, Esq. (VSB # 71371)
jpope@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.

200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
*Counsel for Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Plaintiff**

| | | |
|---|---|---|
| **Alice D. Hill**<br>*on behalf of herself and all similarly situated individuals* | represented by | **Leonard Anthony Bennett**<br>Consumer Litigation Associates<br>763 J Clyde Morris Boulevard<br>Suite 1A<br>Newport News, VA 23601<br>757-930-3660<br>Fax: 757-930-3662<br>Email: lenbennett@cox.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Andrew Joseph Guzzo**<br>Surovell Isaacs Peterson & Levy PLC<br>4010 University Drive<br>Second Floor<br>Fairfax, VA 22030<br>703-251-5400<br>Fax: 703-541-9205<br>Email: aguzzo@siplfirm.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Kristi Cahoon Kelly**<br>Surovell Isaacs Petersen & Levy PLC<br>4010 University Dr<br>Suite 200<br>Fairfax, VA 22030<br>703-277-9774<br>Fax: 703-591-9285<br>Email: kkelly@siplfirm.com<br>*ATTORNEY TO BE NOTICED* |

**Susan Mary Rotkis**
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: (757) 930-3662
Email: srotkis@clalegal.com
*ATTORNEY TO BE NOTICED*


By: \_\_\_\_\_/s/_____
      Joseph R. Pope

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB # 71329)
botoole@williamsmullen.com
Joseph R. Pope, Esq. (VSB # 71371)
jpope@williamsmullen.com
WILLIAMS, MULLEN, CLARK & DOBBINS, P.C.
Williams Mullen Center
200 South 10th Street, PO Box 1320
Richmond, VA  23218-1320
Telephone:  804.420.6000
Facsimile:  804.420.6507
*Counsel for Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.*