IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALICE D. HILL, *on behalf of herself and all similarly situated individuals*, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:12-cv-671-JCC-JFA<br>)<br>) |
| CHADWICK, WASHINGTON, MORIARTY, ELMORE & BUNN, P.C., | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## NOTICE OF HEARING

Please take notice that on October 12, 2012 at 10:00 a.m., Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C. will bring on for hearing its Motion to Dismiss Plaintiffs' Class Action Complaint for Lack of Subject Matter Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). You are invited to attend and participate.


Respectfully submitted,

CHADWICK, WASHINGTON, MORIARTY,
ELMORE & BUNN, P.C.


By: _____/s/_____
Joseph R. Pope

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB # 71329)
botoole@williamsmullen.com
Joseph R. Pope, Esq. (VSB # 71371)
jpope@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.

200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile:  (804) 420-6507
*Counsel for Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Plaintiff**

| | | |
|---|---|---|
| **Alice D. Hill**<br>*on behalf of herself and all similarly situated individuals* | represented by | **Leonard Anthony Bennett**<br>Consumer Litigation Associates<br>763 J Clyde Morris Boulevard<br>Suite 1A<br>Newport News, VA 23601<br>757-930-3660<br>Fax: 757-930-3662<br>Email: lenbennett@cox.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew Joseph Guzzo**<br>Surovell Isaacs Peterson & Levy PLC<br>4010 University Drive<br>Second Floor<br>Fairfax, VA 22030<br>703-251-5400<br>Fax: 703-541-9205<br>Email: aguzzo@siplfirm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Kristi Cahoon Kelly**<br>Surovell Isaacs Petersen & Levy PLC<br>4010 University Dr<br>Suite 200<br>Fairfax, VA 22030<br>703-277-9774<br>Fax: 703-591-9285<br>Email: kkelly@siplfirm.com<br>*ATTORNEY TO BE NOTICED* |

**Susan Mary Rotkis**
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: (757) 930-3662
Email: srotkis@clalegal.com
*ATTORNEY TO BE NOTICED*


By:  _____/s/_____ _____
          Joseph R. Pope

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB # 71329)
botoole@williamsmullen.com
Joseph R. Pope, Esq. (VSB # 71371)
jpope@williamsmullen.com
WILLIAMS, MULLEN, CLARK & DOBBINS, P.C.
Williams Mullen Center
200 South 10th Street, PO Box 1320
Richmond, VA  23218-1320
Telephone:  804.420.6000
Facsimile:  804.420.6507
 *Counsel for Defendant Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.*