UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



ALICE D. HILL, *on behalf of herself and all similarly situated individuals*,
        Plaintiff,

v.

CHADWICK, WASHINGTON, MORIARTY, ELMORE & BUNN, P.C.

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:12-cv-671-JCC-JFA

### [PROPOSED] CONSENT ORDER

Before the Court is the Consent Motion for Extension of Time filed by Plaintiff ALICE D. HILL ("Plaintiff") with the consent of Defendant CHADWICK, WASHINGTON, MORIARTY, ELMORE & BUNN, P.C. Upon the agreement of the parties and for good cause appearing, it is hereby

ORDERED that the Consent Motion for the Extension of Time is GRANTED. Plaintiff shall respond to Defendant's Motion to Dismiss on or before October 25, 2012, and Defendant shall file a Reply to Plaintiff's Opposition on or before November 1, 2012.

Enter this ___ day of October

/s/
James C. Cacheris
United States District Judge

_____
Judge, United States District Court for the Eastern District of Virginia

WE ASK FOR THIS:

_____/s/_____
J. Chapman Petersen, Esq., VSB # 37225
Scott A. Surovell, Esq., VSB # 40278
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Telephone 703.251.5400
Facsimile 703.591.9285
kkelly@siplfirm.com
jpetersen@siplfirm.com
ssurovell@siplfirm.com
aguzzo@siplfirm.com

Leonard A. Bennett, VSB#37523
Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA  23601
Telephone (757) 930-3660
Facsimile (757) 930-3662 Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com

Counsel for Plaintiff

WE CONSENT:

_____/s/_____
William D. Bayliss, Esq. (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB No. 71329)
botoole@williamsmullen.com
Joseph R. Pope, Esq. (VSB # 71371)
jpope@williamsmullen.com
WILLIAMS, MULLEN, CLARK &DOBBINS, P.C.
Williams Mullen Center
200 South 10th Street, PO Box 1320

2

Richmond, VA 23218-1320
Telephone: 804.420.6000
Facsimile: 804.420.6507
*Counsel for Defendant*