UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALICE D. HILL, *on behalf of herself and all similarly situated individuals*,<br><br>          Plaintiff,<br><br>  v.<br><br>CHADWICK, WASHINGTON, MORIARTY, ELMORE & BUNN, P.C.<br><br>          Defendant. | Civil Action No. 1:12-cv-671-JCC-JFA |

**PLAINTIFF ALICE D. HILL'S**
**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

Please take notice that the Plaintiff Alice D. Hill has accepted the offer of judgment served by the Defendant, attached hereto as "Exhibit A". The Clerk is therefore requested to enter judgment thereon against the Defendant, and in favor of Plaintiff Alice D. Hill.

Respectfully submitted,

**ALICE D. HILL**

By _____ /s/_____
J. Chapman Petersen, Esq., VSB # 37225
Scott A. Surovell, Esq., VSB # 40278
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA   22030
(703) 251-5400 Telephone
(703) 591-9285 Facsimile
kkelly@siplfirm.com
jpetersen@siplfirm.com
ssurovell@siplfirm.com
aguzzo@siplfirm.com
*Counsel for Plaintiff*

        Leonard A. Bennett, VSB#37523
        Susan M. Rotkis, VSB#40693
        CONSUMER LITIGATION ASSOCIATES, P.C.
        763 J. Clyde Morris Boulevard, Suite 1-A
        Newport News, VA  23601
        (757) 930-3660 Telephone
        (757) 930-3662 Facsimile
        lenbennett@clalegal.com
        srotkis@clalegal.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2012, I will electronically file the foregoing and Exhibit A with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following individuals:

        William D. Bayliss, Esq. (VSB No. 13741)
        bbayliss@williamsmullen.com
        Brendan D. O'Toole, Esq. (VSB No. 71329)
        botoole@williamsmullen.com
        Joseph R. Pope, Esq. (VSB # 71371)
        jpope@williamsmullen.com
        WILLIAMS, MULLEN, CLARK &DOBBINS, P.C.
        Williams Mullen Center
        200 South 10th Street, PO Box 1320
        Richmond, VA 23218-1320
        Telephone: 804.420.6000
        Facsimile: 804.420.6507
        *Counsel for Defendant*

        By _____/s/_____
        Kristi C. Kelly, Esq., VSB #72791
        SUROVELL ISAACS PETERSEN & LEVY PLC
        4010 University Drive, Suite 200
        Fairfax, VA   22030
        (703) 251-5400 Telephone
        (703) 591-9285 Facsimile
        kkelly@siplfirm.com